# MANDELBAUM, SALSBURG, GOLD, LAZRIS & DISCENZA, P.C.
## ATTORNEYS AT LAW
### FOUNDED IN 1930

155 PROSPECT AVENUE
WEST ORANGE, NJ 07052-4204
TEL. (973) 736-4600 · FAX (973) 325-7467

UNION COUNTY OFFICE
75 ELIZABETH AVENUE
ELIZABETH, NJ 07206
TEL. (908) 353-8764 · FAX (908) 353-8780

MIDDLESEX COUNTY OFFICE
317 GEORGE STREET, SUITE 440
NEW BRUNSWICK, NJ 08901
TEL (732) 628-0900 · FAX (732) 628-0920

MONMOUTH COUNTY OFFICE
119 MAPLE AVENUE
RED BANK, NJ 07701
TEL. (732) 933-1515 · FAX (732) 933-3551

FLORIDA OFFICE
TEL. (772) 400-6356 · FAX (772) 460-6357
-Mail: rsteinberg_esq@yahoo.com

NEW YORK CITY OFFICE
90 JOHN STREET, SUITE 309
NEW YORK, NY 10038
TEL (212) 791-7200 · FAX (212) 791-7276

Website: www.mandelbaumsalsburg.com
E-Mail: @msgld.com

ALL REPLIES TO:   WEST ORANGE
REFERENCE FILE #  20637-003

IRVING MANDELBAUM (1906-1983)
BARRY R. MANDELBAUM
RICHARD M. SALSBURG
AVROM J. GOLD
YALE I. LAZRIS
JOHN R. DUSINBERRE
JOSEPH J. DISCENZA
JOSEPH A. VENA
LYNNE STROBER
OWEN T. HUGHES
GARY S. YOUNG
RICHARD L. SLAVITT
CHARLES S. LORBER
ARTHUR D. GROSSMAN
DEBORAH L. GREENE
ROBERT W. GLUCK
MICHAEL A. SAFFER
STEVEN A. HOLT
MARK F. KLUGER
WILLIAM H. HEALEY
CRAIG W. ALEXANDER
WILLIAM S. BARRETT
DENNIS J. ALESSI
STUART GOLD
CHERYL H. BURSTEIN
ROBIN F. LEWIS
JOSEPH J. PETERS
THOMAS W. ACKERMANN
SHARON T. JACOBSON
DAVID S. CARTON
PAUL T. GREGORY

— COUNSEL —
ALAN L. SUSSMAN
DAVID A. WARD

— OF COUNSEL —
RICHARD H. STEINBERG
MARK BAUMGARTEN
MICHAEL SCHLESINGER
JOSEPH T. MURRAY

— ASSOCIATES —
MANUEL R. GROVA, JR.
SAMUEL J. VACCHIANO
ARLA D. CAHILL
GARY S. POPLASKI
CWEN J. LIPNICK
PHILLIP G. RAY
YANET P. NOBLE
SHARMILA D. IAZZETTI
LOWELL S. KIRSCHNER
ANDREA S. AKIVIS

RICKI ANNE SOKOL

HON. ROBERT A LONGHI (RET.)
RICHARD I. SIMON
CHARLES E. BAXLEY
JAMES F. BAXLEY

ALONA MAGIDOVA
DEBORAH A. CONCEPCION
ANDREA L. ALEXANDER
LANCE N. OLITY
PETER M. TANELLA
WHITNEY G. FISHER
LAUREN BETTMAN GERSHENGORN
AMY D. CRISCUOLO
CHRISTOPHER M. ERB
DOOYONG KANG

• FELLOW OF THE AMERICAN ACADEMY OF MATRIMONIAL LAWYERS
+ CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CERTIFIED CIVIL TRIAL ATTORNEY
■ CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CERTIFIED MATRIMONIAL TRIAL ATTORNEY
► COURT APPOINTED MEDIATOR
▼ REGISTERED U.S. PATENT ATTORNEY
1 MEMBER OF NJ & PA BAR
2 MEMBER OF NJ & FL BAR
3 MEMBER OF NJ & NY BAR
4 MEMBER OF NJ & MA BAR
5 MEMBER OF NJ, NY & CA BAR
6 MEMBER OF NJ, NY & PA BAR
7 MEMBER OF NJ, NY & D.C. BAR
8 MEMBER OF NJ & ILL BAR

October 29, 2007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/07

RECEIVED
OCT 29 2007
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

<u>Via Facsimile (212) 805-7901 & First Class Mail</u>
Honorable Harold Baer, U.S.D.J.
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street, Room 2230
New York, New York 10007

Re:   <u>Kapiamba Evariste v. Securitas Security Services USA, Inc., et al.</u>
      <u>Civil Action No: 07-7262 (HB)</u>

Dear Judge Baer:

This law firm represents the Defendant Securitas Security Services USA, Inc. ("Securitas") in the above-referenced matter. We are writing to respectfully request an adjournment of the Pre-Trial Conference scheduled for 11/1/07, at 2:45 p.m., before Your Honor. The reason for this request is simple: Plaintiff has not served the Defendant Securitas with a copy of the Summons and Complaint, and Securitas therefore has not entered an appearance in this matter. We have become aware of the lawsuit and the upcoming conference through the Court's PACER system but have not been properly brought into the lawsuit as required under the applicable rules of court. We therefore respectfully request an adjournment of the conference until after such time as Plaintiff effectuates service of the Summons and Complaint.

We thank the Court for its time and attention to this matter.

*[Handwritten annotation: adjourned to 11/15 at 2:45 PM
SO ORDERED.
Harold Baer, Jr., U.S.D.J.
Date: 10/29/07]*

Very truly yours,

*[signature]*
YANET PEREZ NOBLE

cc: Kapiamba Evariste, pro se Plaintiff (via overnight mail)
262910