LeClairRyan, a Professional Corporation
830 Third Avenue, 5th Floor
New York, NY  10022
Tel.:  (212) 430-8032
Fax:  (212) 430-8062
Michael T. Conway, Esq.

Attorneys for Defendant Novotel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

| | |
|---|---|
| KAPIAMBA M. EVARISTE, | Case No. 07-7262 (HB) |
| Plaintiff, | **DISCLOSURE STATEMENT PURSUANT TO FRCP RULE 7.1** |
| v. | |
| SECURITAS SECURITY SERVICE and NOVOTEL, | |
| Defendants. | |

_____

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant Novotel, a private (non-governmental) party, certifies that the following are corporate parents or publicly held corporations which own ten percent or more of Novotel stock:

    **None**

Dated:  New York, New York
         January 2, 2008

                                    LeCLAIRRYAN, a Professional Corporation

                                    By:  /s/  Michael T. Conway
                                        Michael Conway, Esq.
                                        830 Third Avenue, 5th Floor
                                        New York, NY  10022
                                        Tel.:  (212) 430-8032
                                        Fax:  (212) 430-8062
                                        Attorneys for Defendant Novotel

2

**CERTIFICATE OF SERVICE**

I, NADINE D. HARDY, certify the following to be true under the penalties of perjury: on January 2, 2008, I served the within DISCLOSURE STATEMENT PURSUANT TO FRCP RULE 7.1 on the parties listed below by depositing one true copy of said paper to the addresses listed below, enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

>Kapiamba M. Evariste
>96-08 57th Avenue, Apt. # 14M
>Corona, NY 11368

>William H. Healey, Esq.
>Mandelbaum, Salsburg, Gold, Lazris & Discenza, P.C.
>155 Prospect Avenue
>West Orange, NJ 07052

Dated: New York, New York
January 2, 2008

>/s/ Nadine D. Hardy
>Nadine D. Hardy