UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Evariste Kapiamba,
Plaintiff,

-v-

Securitas Security Services USA, Inc.,
Defendant.
------------------------------------------------------------x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 7262 (HB)(FM)

Frank Maas

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☐ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☒ Specific Non-Dispositive Motion/Dispute:*
Discovery issues raised in 7/1/08 letter from Defendant's counsel

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: Aug. 4, 2008

☐ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:

All such motions:

The March 2009 trial month may not be changed, and I need at least 60 days to decide dispositive motions. Please see attached Scheduling Order.

*Do not check if already referred for general pretrial.

Dated 7/8/08

SO ORDERED:
[signature]
Harold Baer, Jr., United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/08