**MEMO ENDORSED**

Mr. Haley may
Participate in teleconference
by telephone.
—FMaas, USMJ, 7/22/08

# MANDELBAUM SALSBURG

**MANDELBAUM, SALSBURG, GOLD, LAZRIS & DISCENZA, P.C.**
ATTORNEYS AT LAW
FOUNDED IN 1930

155 PROSPECT AVENUE
WEST ORANGE, NJ 07052-4204
TEL. (973) 736-4600 · FAX (973) 325-7467

UNION COUNTY OFFICE
75 ELIZABETH AVENUE
ELIZABETH, NJ 07206
TEL (908) 353-6764 · FAX (908) 353-6780

MIDDLESEX COUNTY OFFICE
317 GEORGE STREET, SUITE 440
NEW BRUNSWICK, NJ 08901
TEL. (732) 628-0900 · FAX (732) 628-0920

MONMOUTH COUNTY OFFICE
119 MAPLE AVENUE
RED BANK, NJ 07701
TEL. (732) 933-1515 · FAX (732) 933-5551

FLORIDA OFFICE
10304 CROSBY PLACE
PORT ST. LUCIE, FL 34986
TEL. (772) 460-6356 · FAX (772) 460-6357
E-Mail  rsteinberg_esq@yahoo.com

NEW YORK CITY OFFICE
90 JOHN STREET, SUITE 309
NEW YORK, NY 10038
TEL. (212) 791-7200 · FAX (212) 791-7278

Website  www.msgld.com
whealey@msgld.com

ALL REPLIES TO:  Monmouth County Office
REFERENCE FILE #

IRVING MANDELBAUM (1906-1993)
BARRY R. MANDELBAUM
RICHARD M. SALSBURG[1]►
AVROM J. GOLD
YALE I. LAZRIS
JOHN R. DUSINBERRE
JOSEPH J. DISCENZA+
JOSEPH A. VENA
LYNNE STROBER+
OWEN T. HUGHES[2]
GARY S. YOUNG[3]
RICHARD L. SLAVITT[3]
CHARLES S. LORBER
ARTHUR D. GROSSMAN
DEBORAH L. GREENE
ROBERT W. GLUCK
MICHAEL A. SAFFER[1]
STEVEN A. HOLT[1]
MARK F. KLUGER
WILLIAM H. HEALEY[4]+
CRAIG W. ALEXANDER[3]
WILLIAM S. BARRETT[3]
DENNIS J. ALESSI[1]
STUART GOLD[3]
CHERYL H. BURSTEIN[6]
ROBIN F. LEWIS[3]
JOSEPH J. PETERS
THOMAS W. ACKERMANN[5]
SHARON T. JACOBSON
DAVID S. CARTON■
PAUL T. GREGORY[1]
ARLA O. CAHILL[4]

— COUNSEL —
ALAN L. SUSSMAN[3]   DEAN T. BENNETT[3]
LISA FACTOR FOX[1]   RICKI ANNE SOKOL[4]   DAVID A. WARD[3]

— OF COUNSEL —
RICHARD H. STEINBERG[7]   HON. ROBERT A. LONGHI (RET.)
MARK BAUMGARTEN   RICHARD I. SIMON[1]
MICHAEL SCHLESINGER   CHARLES E. BAXLEY▼
JOSEPH T. MURRAY▼   JAMES F. BAXLEY

— ASSOCIATES —
MANUEL R. GROVA, JR   ALONA MAGIDOVA[3]
DEBORAH A. CONCEPCION   ANDREA L. ALEXANDER[6]
GARY S. POPLASKI[1]   LANCE N. OLITT[3]
OWEN J. LIPNICK[3]   PETER H. TANELLA
PHILLIP G. RAY   WHITNEY G. FISHER[7]
YANET P. NOBLE[3]   LAUREN BETTMAN GERSHENGORN
SHARMILA D. IAZZETTI[3]   CHRISTOPHER M. ERB[3]
JUSTIN S. BLACK[3]   CASEY L. CARHART[3]

♦ FELLOW OF THE AMERICAN ACADEMY OF MATRIMONIAL LAWYERS
+ CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CERTIFIED CIVIL TRIAL ATTORNEY
■ CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CERTIFIED MATRIMONIAL TRIAL ATTORNEY
► COURT APPOINTED MEDIATOR                   ▼ REGISTERED U.S. PATENT ATTORNEY
1 MEMBER OF NJ & PA BAR        6 MEMBER OF NJ, NY & PA BAR
2 MEMBER OF NJ & FL BAR        7 MEMBER OF NJ, NY & D.C. BAR
3 MEMBER OF NJ & NY BAR        8 MEMBER OF NJ & ILL BAR
4 MEMBER OF NJ & MA BAR        9 MEMBER OF NY BAR
5 MEMBER OF NJ, NY & CA BAR

July 21, 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/23/08

**_VIA FEDERAL EXPRESS_**
Honorable Frank Maas, U.S.M.J.
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, New York 10007

      Re:    Evariste v. Securitas Security Services USA, Inc., et al.
              Civil Action No:  07-7262 (HB)

Dear Judge Maas:

      We represent Defendant Securitas Security Services USA, Inc. ("Securitas"). As Your Honor directed by letter dated July 17, 2008, enclosed please find the initial discovery we propounded in March 2008 (Exhibit A), and the revised discovery we propounded in May 2008 (Exhibit B).

      Please note, at the scheduling conference conducted by Judge Baer on May 27, 2008, Plaintiff's failure to respond to our discovery was addressed.  At that time, Judge Baer directed us to revise Securitas' initial discovery demands. Thereafter, by letter dated May 27, 2008, we complied.  In that letter, we also requested – in light of Court's discovery deadline of August 29, 2008 - that Plaintiff respond to Securitas' discovery demands by no later than June 30, 2008, and that he appear for his

# MANDELBAUM SALSBURG
A PROFESSIONAL CORPORATION

Honorable Frank Maas, U.S.M.J.
Page - 2 -
July 21, 2008

deposition on July 16, 2008. Because we heard nothing from Plaintiff, we involved the Court. Please also note, we are not aware of any discovery demands propounded by Plaintiff.

    Finally, with respect to the Conference scheduled for July 30, 2008 at 5:00 p.m., we respectfully request permission to appear by telephone. The reason for this request is my involvement in a mediation session on July 30th, beginning at 2:00 p.m. in Montclair, New Jersey. The mediation session, which is not likely to conclude in time for me to get Your Honor's courtroom, has been rescheduled at least two times. If possible, I would appreciate the opportunity to appear by telephone. Thank you.

                        Respectfully submitted,

                        WILLIAM H. HEALEY

cc:    Kapiamba Evariste, *pro se* Plaintiff (via Federal Express)

WHH/sd
292156