UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

EVARISTE KAPIAMBA, :

                Plaintiff, : **ORDER**

    -against- : 07 Civ. 7262 (HB)(FM)

SECURITAS SECURITY SERVICES :
USA, INC., et ano,
                             :
                Defendants.
------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

        Pursuant to a telephone conference held yesterday, it is hereby

ORDERED that:

1. On or before August 14, 2008, the plaintiff shall send Mr. Healey answers to interrogatory questions one to four. The plaintiff need not respond to interrogatory questions five to eleven.

2. The defendant shall depose the plaintiff on September 11, 2008, at 10:00 a.m. in the offices of Mandelbaum, Salsburg PC, located at 90 John Street, Suite 309, New York, New York 10038.

3. The plaintiff shall bring to the deposition any documents responsive to the defendant's first request for production of documents.

4. The plaintiff is cautioned that if he fails to appear for his deposition, this action may be dismissed for want of prosecution.

        SO ORDERED.

Dated:    New York, New York
             July 31, 2008

                                                FRANK MAAS
                                  United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/08

Copies to:

Honorable Harold Baer, Jr.
United States District Judge

Evariste Kapiamba
96-08 57th Avenue, Apt. #14M
Corona, New York 11368

William Healey, Esq.
Mandelbaum, Salsburg, PC
Fax: (732) 933-5551