**MEMO ENDORSED**

# MANDELBAUM SALSBURG

**MANDELBAUM, SALSBURG, GOLD, LAZRIS & DISCENZA, P.C.**
ATTORNEYS AT LAW
FOUNDED IN 1930

155 PROSPECT AVENUE
WEST ORANGE, NJ 07052-4204
TEL. (973) 736-4600  -  FAX (973) 325-7467

UNION COUNTY OFFICE
75 ELIZABETH AVENUE
ELIZABETH, NJ 07206
TEL. (908) 353-6764  -  FAX (908) 353-6780

MIDDLESEX COUNTY OFFICE
317 GEORGE STREET, SUITE 440
NEW BRUNSWICK, NJ 08901
TEL. (732) 628-0900  -  FAX (732) 628-0920

MONMOUTH COUNTY OFFICE
119 MAPLE AVENUE
RED BANK, NJ 07701
TEL. (732) 933-1515  -  FAX (732) 933-6551

FLORIDA OFFICE
10304 CROSBY PLACE
PORT ST. LUCIE, FL 34986
TEL. (772) 460-6356  -  FAX (772) 460-6357
E-Mail: rsteinberg_esq@yahoo.com

NEW YORK CITY OFFICE
90 JOHN STREET, SUITE 309
NEW YORK, NY 10038
TEL. (212) 791-7200  -  FAX (212) 791-7276

Website:  www.msgld.com
E-Mail  whealey@msgld.com

ALL REPLIES TO:   Red Bank Office
REFERENCE FILE #

IRVING MANDELBAUM (1906-1993)
BARRY R. MANDELBAUM
RICHARD M. SALSBURG[1]▶
AVROM J. GOLD
YALE I. LAZRIS
JOHN R. DUSINBERRE
JOSEPH J DISCENZA+
JOSEPH A. VENA
LYNNE STROBER♦
OWEN T HUGHES[2]
RICHARD L. SLAVITT[3]
CHARLES S. LORBER
ARTHUR D. GROSSMAN
DEBORAH L. GREENE
ROBERT W. GLUCK
MICHAEL A. SAFFER[3]
STEVEN A HOLT[1]
MARK F. KLUGER
WILLIAM H. HEALEY[4]+
JOSEPH J. PETERS
CRAIG W. ALEXANDER[3]
WILLIAM S. BARRETT[3]
DENNIS J. ALESSI[1]
STUART GOLD[3]
CHERYL H. BURSTEIN[8]
ROBIN F. LEWIS[3]
THOMAS W. ACKERMANN[3]
SHARON T. JACOBSON
DAVID S. CARTON[1]
ARLA D. CAHILL[8]

- COUNSEL -
ALAN L. SUSSMAN[3]
LISA FACTOR FOX[4]   RICKI ANNE SOKOL[4]

- OF COUNSEL -
RICHARD H. STEINBERG[2]
MARK BAUMGARTEN
MICHAEL SCHLESINGER
JOSEPH T. MURRAY▼

- ASSOCIATES -
MANUEL R. GROVA, JR.
DEBORAH A. CONCEPCION
GARY S. POPLASKI[3]
OWEN J LIPNICK[3]
PHILLIP G. RAY
YANET P. NOBLE[3]
SHARMILA D. IAZZETTI[3]
JUSTIN S. BLACK[3]

DEAN T. BENNETT[9]
DAVID A. WARD[3]

HON. ROBERT A. LONGHI (RET.)
RICHARD I. SIMON[3]
CHARLES E. BAXLEY▼
JAMES F. BAXLEY

ALONA MAGIDOVA[3]
ANDREA L. ALEXANDER[5]
LANCE N. OLITT[3]
PETER H. TANELLA
WHITNEY G. FISHER[7]
LAUREN BETTMAN GERSHENGORN
CHRISTOPHER M. ERB[3]
CASEY L. CARHART[3]

♦ FELLOW OF THE AMERICAN ACADEMY OF MATRIMONIAL LAWYERS
+ CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CERTIFIED CIVIL TRIAL ATTORNEY
| CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CERTIFIED MATRIMONIAL LAW ATTORNEY
▶ COURT APPOINTED MEDIATOR                  ▼ REGISTERED U.S. PATENT ATTORNEY
1 MEMBER OF NJ & PA BAR                     6 MEMBER OF NJ, NY & PA BAR
2 MEMBER OF NJ & FL BAR                     7 MEMBER OF NJ, NY & D.C. BAR
3 MEMBER OF NJ & NY BAR                     8 MEMBER OF NJ & ILL BAR
4 MEMBER OF NJ & MA BAR                     9 MEMBER OF NY BAR
5 MEMBER OF NJ, NY & CA BAR

August 15, 2008

**VIA FEDERAL EXPRESS**
Honorable Frank Maas, U.S.M.J.
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:   Evariste v. Securitas Security Services USA, Inc., et al.
      Civil Action No:  07-7262 (HB)

Dear Judge Maas:

[Handwritten memo endorsement:] The plaintiff's deposition, to which he has been directed to bring all relevant documents, is scheduled for 9/11/08. The attached letter suggests that the plaintiff is somewhat confused. Since the plaintiff is pro se, I suggest that Mr. Healey sort these matters out during the deposition. Any request for further relief is DENIED. F. Maas, USMJ, 8/18/08

We represent Defendant Securitas Security Services USA, Inc. ("Securitas").

By Order dated July 31, 2008, Your Honor directed Plaintiff to forward his responses to Securitas' interrogatories nos. 1-4 by August 14, 2008. Instead of responding as he was ordered, we received the attached letter from Plaintiff on August 13, 2008. This letter falls far short of a reasonable, good faith effort by Plaintiff to respond to those interrogatories.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/08
```

# MANDELBAUM SALSBURG
A PROFESSIONAL CORPORATION

Honorable Frank Maas, U.S.M.J.
Page - 2 -
August 15, 2008

    Because said letter is merely the latest instance of Plaintiff's derogation of his discovery obligations, we respectfully request that Your Honor dismiss this action for want of prosecution.

    Thank you.

                                    Respectfully submitted,

                                    WILLIAM H. HEALEY

cc:     Kapiamba Evariste, *pro se* Plaintiff (via Federal Express)

294975